IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:09-cv-360-FDW-DSC

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHARLOTTE FC, LLC, FLAHERTY & COLLINS PROPERTIES AKA FLAHERTY & COLLINS PROPERTIES, LLC, FLAHERTY & COLLINS CONSTRUCTION, INC., FLAHERTY & COLLINS, INC., DAVID M. FLAHERTY, JERRY K. COLLINS, BRIAN PLOSS, U.S. BANK NATIONAL ASSOCIATION, CHICAGO TITLE INSURANCE COMPANY, DUNN SOUTHEAST, INC. d/b/a R.J. GRIFFIN & COMPANY, INC., NAVIGATORS SPECIALTY INSURANCE COMPANY, EVEREST REINSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) **ORDER** |
| Defendants. | ) |

This matter comes before the Court on Westfield Insurance Company 's Motion to Substitute Party.

**IT IS HEREBY ORDERED** that the Motion is **Granted**, and that Gregory K. Silver, Bankruptcy Trustee for Charlotte FC, LLC shall be substituted as the real party defendant in interest in place of Charlotte FC, LLC.

**SO ORDERED**.   Signed: April 29, 2010

David S. Cayer
United States Magistrate Judge